UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20633-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERTO GONZALEZ ESCOBAR,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant's Unopposed Motion to Determine the Competency of the Defendant (the "Motion") [ECF No. 17]. Following a competency hearing and a review of both the government's and the Defendant's competency evaluations (conducted by experts Michael Brannon and Merry Sue Haber, respectively), Magistrate Judge Goodman filed a Report and Recommendation [ECF No. 51], recommending that this Court find that the Defendant, Roberto Gonzalez Escobar, is competent to proceed to trial at this time–specifically, that he is able to understand the nature and consequences of the proceedings against him, and is able to assist properly in his defense. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Goodman's Report and

-2-

Recommendation [ECF No. 51] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

Defendant, Roberto Gonzalez Escobar, is competent to proceed to trial at this time, given that he is able to understand the nature and consequences of the proceedings against him, and is able to assist properly in his defense.

The parties are reminded that the calendar call in this case remains set for **March 15, 2017** at 1:45 p.m.

DONE AND ORDERED in Chambers at Miami, Florida, this __14__ day of March, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record